AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 17, 2025**

SEAN F. McAVOY, CLERK

STEPHANIE G. M., o/b/o JEREMY PATRICK M., deceased,

*Plaintiff*

v.

FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No.  2:24-CV-00100-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Brief (ECF No. 9) is GRANTED.
Defendant's Motion for Remand (ECF No. 11) is GRANTED in part as to Defendant's request to remand and DENIED in part as to Defendant's request that the Court remand for further proceedings rather than an award of benefits. Matter is REVERSED and REMANDED for an award of benefits consistent with this Order pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  LONNY R. SUKO

Date:  10/17/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*